IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**TABITHA J. CORLIS,**                         3:11-CV-847-BR

      **Plaintiff,**

                                                 **ORDER**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**


**KIMBERLY K. TUCKER**
Hatter-Tucker Law
420 S.W. Washington Street, Suite 400
Portland, OR 97204-2235
(503) 764-9934

      Attorneys for Plaintiff


**S. AMANDA MARSHALL**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003


1  -  ORDER

**DAVID MORADO**
Regional Chief Counsel
**MATTHEW W. PILE**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-3760

       Attorneys for Defendant


**BROWN, Judge.**

    This matter comes before the Court on Plaintiff Tabitha J. Corlis's Amended Application (#25) for Attorney Fees in which she seeks $2,050.00 in attorneys' fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and her retroactive Second Motion (#26) for Extension of Time.

    On July 25, 2012, Plaintiff filed her Second Motion for Extension of Time in conjunction with her Amended Application for Fees, which was filed five days past the July 20, 2012, deadline the Court set when it granted Plaintiff's prior request for an extension of time.  Although the Court finds the explanation for the delay by Plaintiff's counsel to be an unpersuasive excuse, in the exercise of its discretion the Court **GRANTS nunc pro tunc** Plaintiff's Second Motion (#26) for Extension of Time and **deems** Plaintiff's Amended Application (#25) to be timely filed.

    The Court notes the attorneys' fees sought by Plaintiff's counsel were originally stipulated to by the Commissioner, but

2 -   ORDER

the Commissioner now opposes Plaintiff's Amended Petition based on repeated delays by Plaintiff's counsel.  Although the Court finds the explanation of Plaintiff's counsel of a computer or software malfunction to be an unlikely explanation for the delays in this matter, the Court, nevertheless, does not find any basis in this record to deprive Plaintiff of the fees that she otherwise earned.  Accordingly, in the exercise of its discretion, the Court **GRANTS** Plaintiff's Amended Application (#25) for Attorney Fees pursuant to EAJA and **awards** Plaintiff attorneys' fees in the amount of **$2,050.00**.

    IT IS SO ORDERED.

    DATED this 30th day of July, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 -   ORDER